11-20-2-13

**Attn: Clerk of the Court**
William M. Steger Federal Building and United States Courthouse
211 West Ferguson Street
Room 106
Tyler, Texas 75702

Dear Clerk of the Court,

Regarding Case Number  6:13-CV-336 *ED TX

Title of Action Narada systems, Inc. vs Tabula, Inc.

We wanted to notify you that we have responded to the subpoena
And sent copies of the following documents to the plaintiff's attorney
that demonstrates that this subpoena was received in error although
we have the same names, we're not the company in question. We have
had no dealings or associations with the defendant or plaintiff. This was
a simple mix up due to similar names. We're totally unassociated in separate
industries and registered in different states.

Very Truly Yours,

*Anthony Aubry*

Anthony Aubry, CEO

Affinity Alliance, LLC

1750 Montgomery St

San Francisco, CA 94111



From: AFFINITY ALLIANCE LLC
1750 Montgomery St
San Francisco CA 94111

To: Clerk of the Court
Attention William H. Steger Federal Building
& United States Courthouse
211 West Ferguson St Room 106
Tyler, TEXAS 75702