November 16, 2013

Paul Lesko, Esq.
Simmons Browder Gianaris Angelides & Barnerd LLC
1 Court Street
Alton, Illinois 62002

Attorney Lesko:

Regarding Case Number   6:13-CV-336 *ED TX
Title of Action Narada systems, Inc. vs Tabula, Inc.

My company, Affinity Alliance, LLC, a Delaware limited liability company with offices in San Francisco, CA, has recently been served with a subpoena duces tecum in connection with the U.S. District Court matter of Narada Systems, LLC. v. Tabula, Inc., in which your firm represents the Plaintiff, Narada Systems, LLC.

Please be advised that my company is not your intended recipient. We have had no dealings with either party to the case at hand. However, after a diligent search, I was able to locate the party whom I believe you were meaning to locate. Affinity Alliance LLC, of Moorestown, New Jersey, is a New Jersey limited liability company, similar in name to my company, and in my research, I have noticed that Affinity Alliance, LLC of New Jersey (through sole proprietor Bill Latino) has had business associations with Tabula, Inc. as a sales consultant. I have compiled the evidence that proves that my company, Affinity Alliance, LLC of Delaware with offices in California , a general business consulting firm, and Affinity Alliance, LLC of New Jersey, a consulting business that aids startups and small companies in the sales of semi-conductors, are two distinct entities and have attached said proof hereto as Exhibit 'A'.

Please be advised further that I understand that this was simply a mistake, and I am sure that no harm was intended, however I must acknowledge at this juncture that due to the serious repercussions that may befall my company due to this misnomer, I must reiterate that you have been put on notice that you have served the incorrect party, and that if further action is taken, I may entertain an 'abuse of process' claim against the Plaintiff, where I will seek attorney's fees and costs. In furtherance of self-preservation, I have included a signed affidavit purporting my company's identity and lack of any business relationship with either party to the suit (attached hereto as Exhibit 'B').

Thank you for your time and understanding. Should you have any questions or require any additional information, please do not hesitate to contact me.

Very Truly Yours,

Anthony Aubry, CEO
Affinity Alliance, LLC
1750 Montgomery St
San Francisco, CA 94111

Exhibit A

Intended recipient of subpoena: Affinity Alliance LLC of New Jersey.

- New Jersey State registration number
- New Jersey State registration Latino
- Referencing New Jersey LLC with Latino

Unintended recipient of subpoena: Affinity Alliance LLC of Delaware

- Delaware Affinity Alliance LLC registration number
- Delaware Affinity Alliance LLC reference
- Delaware Affinity Alliance LLC website

STATE OF NEW JERSEY
DIVISION OF REVENUE AND ENTERPRISE SERVICES
# BUSINESS RECORDS SERVICE

Cart | Help | New User | Login

Search | Select Documents

## Business Entity Status Report

**Search Summary**

Search Type: EntityId
Entity Id: 0400178526

| Order Status Report | Order Copies | Business Name | Entity ID | City | Type | Original Filing Date |
|---|---|---|---|---|---|---|
| | ☐ | AFFINITY ALLIANCE LLC | 0400178526 | MOORESTOWN | LLC | 05/2007 |

Go Back

Continue →

x Cancel Search

**Support**
Help
Division Of Revenue & Enterprise Services

**Policies**
Privacy Policy
Accessibility Policy
Security Policy

Division of Revenue &
Enterprise Services
P.O. Box 450
Trenton, NJ 08646-0303

# STATE OF NEW JERSEY
## DIVISION OF REVENUE AND ENTERPRISE SERVICES
## BUSINESS RECORDS SERVICE



Help

## Business Entity Name Search

### Search Summary

Search Type: RegisteredAgent
Registered Agent Name: William V. Latino, Jr.
City: Moorestown

| Business Name | Entity ID | City | Type | Original Filing Date |
|---|---|---|---|---|
| AFFINITY ALLIANCE LLC | 0400178526 | MOORESTOWN | LLC | 05/2007 |

x Cancel Search

Go Back

**Division of Revenue & Enterprise Services**
P.O. Box 450
Trenton, NJ 08646-0303

**Support**
Help
Division Of Revenue & Enterprise Services

**Policies**
Privacy Policy
Accessibility Policy
Security Policy


BOCA RATON ACCIDENT AND INJURY LAWYERS — FREE CASE EVALUATION — WE'RE ONLY A PHONE CALL AWAY

INFO    CORPORATE DATA

Last edited Nov 15th 2013 by FindTheCompany

## Affinity Alliance Llc in Moorestown, New Jersey
Single Location

♥ Save  📝 Write a Review  ✎ Edit  🏷 Claim

Call now for more information: ☎ (856) 437-6277
Address: 8 Windermere Dr Moorestown, New Jersey 80573118 United States

Be the first to review

click stars to begin review

◄ Was this page helpful?

INFO                                   CORPORATE DATA

## General Information

✎ Edit

### CONTACT INFORMATION

| | |
|---|---|
| Organization | Affinity Alliance Llc |
| Office Location | 8 Windermere Dr<br>Moorestown, New Jersey<br>80573118<br>United States |
| County | Burlington |
| Website | + Add the website for this company |

**General Phone Number**

 (856) 437-6277

### COMPANY PROFILE

This listing is for Affinity Alliance Llc's Single Location in Moorestown, NJ. The company primarily operates in the Management Consulting Services Companies industry.

- Affinity Alliance Llc had $200,000 in estimated annual revenue (Actual data).

- Affinity Alliance Llc employs 0-10 (Show Value) people (Actual data).

- Of the 0-10 (Show Value) total Affinity Alliance Llc employees, 0-10 (Show Value) (Actual data) are located here at the Single Location.

### FULL CONTACT LIST

🔒 Premium content requires login.
Click here to login or register for

### AFFINITY ALLIANCE LLC EMPLOYEES

| Name | Background Check |
|---|---|
| William V Latino Jr | Get Info |

### OFFICE LOCATION





View a map of all Companies and Organizations

## Personal Injury Lawyers
www.TotalInjury.com

## Corporate Data

Edit

**INDUSTRIES**
- Marketing Consulting Services

**REVENUE**
Sales Volume    $200,000

**SIC INDUSTRIES**
- Sales (Including Sales Management) Consultant

**COMPANY SIZE**
Employees At This Location    0-10 (Show Value)
Total Number of Employees    0-10 (Show Value)

**OWNERSHIP**
Year Founded    2007

## Review Affinity Alliance Llc in Moorestown NJ

Please add a rating and a written review. You will need to be logged in to submit.

Rate this Company          click stars to rate

Write your review

Add a title

Add a review

Post Review

Y SIZE
es At This    0-10 (Show Va
ıber of    0-10 (Show Va
HIP
ıded    2007
restown NJ
e logged in to
Post Review


It's time for your day to take shape. Let us help you find a nearby gym.
FIND A GYM — UnitedHealthcare



**Data Sources**: FindTheCompany offers the best company data by aggregating information from Dun & Bradstreet, Xignite, HG Data, US Federal Government, State Governments, SEC filings, company websites, our sister site FindTheBest, our users, and more. For additional information see our About Us page.

**Disclaimer**: FindTheCompany is a company research tool and does not represent the companies in our database. If you would like to contact a specific company, please use the Contact Information section on the company's listing page.

| Company | | Network | | Connect | |
|---|---|---|---|---|---|
| About | Copyright Policy | FindTheBest | Death-Record | Follow us on Facebook | |
| FAQ & Contact Us | Content Policy | FindTheData | LocateGrave | Follow us on Twitter | |
| Terms & Conditions | Privacy Policy | FindTheCoupons | | Follow us on Google+ | |

© 2013 FindTheBest.com, Inc. All Rights Reserved.

United States



RE: AFFINITY ALLIANCE, LLC (the "Company")

(a limited liability company formed under the laws of the State of Delaware)

STATEMENT OF RESIGNATION AND CONCLUDED PARTICIPATION

The initial member of the Company is identified as:

ANTHONY AUBRY

Solely for your convenience, at your instruction and to expedite the filing of the formation document for the above named Company, Corporate Agents, Inc. (CAI), an affiliate of Corporation Service Company (CSC), signed the formation document as Organizer. CSC does not have, and has never had, any other connection with the Company. The conclusion of our participation in the Company's formation is effective at the moment of the Company's formation. In the event that CSC signing the formation document results in CSC being regarded as a member and/or manager of the Company, this statement constitutes the resignation of CSC from those capacities effective at the moment of the Company's formation.

CORPORATE AGENTS, INC., Organizer

Dated December 7, 2010

By /s/ Paul Pine
Name: Paul Pine
Title: Assistant Secretary

Ed. 09/08

*State of Delaware*
*Secretary of State*
*Division of Corporations*
Delivered 11:25 AM 12/07/2010
FILED 11:07 AM 12/07/2010
SRV 101155610 - 4908429 FILE

CERTIFICATE OF FORMATION
OF
LIMITED LIABILITY COMPANY

FIRST. The name of the limited liability company is:

AFFINITY ALLIANCE, LLC

SECOND. The address of its registered office in the State of Delaware is 2711 Centerville Road, Suite 400, Wilmington, Delaware, 19808. The name of its registered agent at such address is CORPORATE AGENTS, INC.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation this 7TH day of December, 2010.

Corporate Agents, Inc., Organizer

By: /s/ Paul Pine
Paul Pine
Assistant Secretary

# Delaware

PAGE  1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "AFFINITY ALLIANCE, LLC", FILED IN THIS OFFICE ON THE SEVENTH DAY OF DECEMBER, A.D. 2010, AT 11:07 O'CLOCK A.M.

4908429  8100

101155610

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W Bullock, Secretary of State

AUTHENTICATION: 8409947

DATE: 12-08-10

Affinity Alliance

Home



There comes a time when you want to do more than just impact the bottom line

We help leaders transform their business, resources, and professional relationships into a force for change.

### Business Development

We specialize in creating strategic breakthroughs that enhance the bottom line by aligning financial interests and social value

### Capital Alliances

We facilitate capital relationships that support enduring enterprises. We help clients and associates build economic engines

### Professional Network

We work with entrepreneurs, and business leaders committed to turning their passion, skills, and relationships into a force for change





Affinity helps businesses and non-profits increase revenues & impact. Learn how.



"One of the great movements in my lifetime among educated people is the need to commit themselves to action. Most people are not satisfied with giving money; we also feel we need to work."
— **Peter Drucker**, Life and Legacy – The Drucker Institute

## Connecting What Matters

Resources, People & Projects



"It's feels good to be working with people to support projects they really care about."
— Mel Kaario, Impact Agent

"There comes a time when you want to do more than just impact the bottom line."
— Ashley Berkowitz, VP Impact Partnerships

"It's about discovering how we can work together to make a real differnce."
— Anthony Aubry, CEO



### Join the Affinity revolution.

Discover the power of enterprise organized around mutual benefits, social impact, and common values.

Align with Affinity »

## Impact Organizations We Like





Haiti Colombes Foundation
Education & Emergency Relief

United Nations
Ending Violence Against Women

Second Harvest Food Bank
Feeding People In Need

## What's your mission? >> Contact Us



## AFFIDAVIT OF ANTHONY AUBRY

Comes now, **Anthony Aubry,** having been duly sworn, and says:

1. That my name is Anthony Aubry.

2. That I reside at 445 Warren drive Apt 8 San Francisco CA 94131

3. That phone number is 510-372-6601, and my email address is ANTHONYAUBRY@yahoo.com.

4. That I am over the age of eighteen (18) years and fully understand the obligations of an oath.

5. That I am the Chief Executive Officer of Affinity Alliance, LLC, a Delaware limited liability company, located in San Francisco, California.

6. Affinity Alliance, LLC, as referred to in paragraph 5, is unrelated to the U.S. District Court matter of Narada Systems, LLC. v. Tabula, Inc.

7. Affinity Alliance, LLC, as referred to in paragraph 5, is in no way correlated with Affinity Alliance, LLC, a New Jersey limited liability company, located in Moorestown, New Jersey.

8. I, the undersigned, declare under penalty of perjury that the statements above are made voluntarily and without any benefit (actual or promised) offered in exchange for making these statements.

9. I certify that the above statements made by me are true. I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

Dated 11/20/2013

Anthony Aubry
CEO Affinity Alliance LLC

Signature page
and certificate
bear embossment.

# ACKNOWLEDGMENT

State of California
County of San Francisco

On November 20, 2013 before me L. Tortolero, Notary Public

personally appeared Anthony Aubry, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
(Seal)

L. TORTOLERO
Commission # 1876330
Notary Public - California
San Francisco County
My Comm. Expires Feb 3, 2014

Signature page
and certificate
bear embossment.